UNITED STATES BANK
NORTHERN DISTRIC **08CV1133**
EASTERN DI **JUDGE GRADY**
**MAG. JUDGE SCHENKIER**

IN RE:

marchFIRST, INC., et al., ) Case No. 01-24742
) (Substantively Consolidated)
)
Debtor. ) Honorable John D. Schwartz
) Chapter 7

ANDREW J. MAXWELL, Trustee )
)
Plaintiff, ) Adversary No. 03-00273
v. )
)
Amtex Systems Inc., ) **FILED**
)
Defendant. ) FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF APPEAL**

AMTEX SYSTEMS, INC., the Defendant in the above referenced adversary proceeding, appeals under 28 U.S.C. §158(a) from the final judgment entered on December 19, 2007. against Defendant with respect to Plaintiff's complaint.

A copy of the final judgement entered against the Defendant is attached hereto.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Plaintiff, Andrew J. Maxwell, Trustee

Counsel: Andrew J. Maxwell, Vikram R. Barad, Jaclyn H. Smith, Maxwell & Potts, LLC. 105 West Adams Street, Suite 3200, Chicago, IL 60603, (312) 368-1138, Facsimile (312) 368-1080

Defendant, Amtex Systems. Inc.

<u>Counsel</u>: Joel A. Schechter. Law Offices of Joel A. Schechter, 53 West Jackson Boulevard, Suite 1025, Chicago, IL 60604, (312) 332-0267, Facsimile (312) 939-4714

Dated: January 19, 2008    Respectfully submitted.

AMTEX SYSTEMS. INC., Defendant

By:   /s/ Joel A. Schechter
      Its Attorney

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 West Jackson Boulevard, Suite 1025
Chicago, Illinois 60604
(312) 332-0267

 

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| marchFIRST, INC., et al., ) | Case No. 01-24742 |
| ) | (Substantively Consolidated) |
| ) | |
| Debtors ) | Honorable John D. Schwartz |
| ) | Chapter 7 |
| ANDREW J. MAXWELL, Trustee ) | |
| ) | |
| Plaintiff, ) | Adversary No. 03-00273 |
| v. ) | |
| ) | |
| Amtex Systems Inc., ) | |
| ) | |
| Defendant ) | |

### NOTICE OF FILING

To: Andrew J. Maxwell, Vikram R. Barad, Jaclyn H. Smith, Maxwell & Potts, LLC
105 West Adams Street, Suite 3200, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 19th day of January, 2008, I have caused to be electronically filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **NOTICE OF APPEAL**, a copy of which is attached hereto and herewith served on you.

/s/ Joel A. Schechter

### CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of this notice of filing and notice of appeal on the above named parties by placing a copy into the United States Mail, postage prepaid, from 53 West Jackson Boulevard, Chicago, IL 60604 on January 19, 2008, before the hour of 5:00 p.m.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL 60604; (312) 332-0267

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| marchFIRST INC., et al., | ) | Case No. 01 B 24742 |
| | ) | (Substantively Consolidated) |
| Debtors. | ) | |
| | ) | Hon. John D. Schwartz |
| | ) | |
| ANDREW J. MAXWELL, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 03 A 00273 |
| | ) | |
| AMTEX SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This proceeding coming to be heard on Trustee's Motion for Summary Judgment ("Motion") pursuant to Fed.R.Bankr.P. 7056 and Fed.R.Civ.P. 56, filed on behalf of Andrew J. Maxwell, chapter 7 trustee ("Trustee"); due notice of the Motion having been given; Defendant Amtex Systems, Inc.,("Amtex") having filed its response to the Motion and Trustee having filed a reply; the Court having held a hearing on the Motion; and the Court being advised in the premises and for the reasons set forth in this Court's Order and Memorandum Opinion dated November 15, 2007, entered in this proceeding;

**THE COURT HEREBY FINDS as follows:**

1. This Court has jurisdiction over the parties and subject matter of this proceeding, and venue is proper in this District;

2. Based on the Motion and the evidence and arguments offered by Trustee in support of the Motion, and Amtex' evidence and arguments offered in the Response, the Court finds there are no issues of material fact in genuine dispute and Trustee is entitled to judgment as a matter of law; and

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, as follows:**

A. The Motion is granted;

B. Judgment is hereby entered in favor of Andrew J. Maxwell, Trustee and against

Defendant Amtex Systems, Inc. for the relief requested in Trustee's adversary complaint ("Complaint"). The transfers set forth in the Complaint made by the Debtor to Amtex Systems, Inc within the 90 day period preceding the Debtor's commencement of its bankruptcy case in the sum of $30,560.00 is hereby avoided as preferential transfers within the meaning of Title 11 U.S.C. §547(b). Amtex Systems, Inc. is ordered to pay Trustee the sum of $30,560.00, plus pre-judgment simple interest in the sum of $10,804.84 (calculated at the prime rate of 7.25% per annum computed from February 3, 2003, being the date Trustee filed his adversary complaint against Amtex Systems, Inc., through the date hereof), plus Trustee's costs of $150.00;

C.  This is a final judgment as to which there is no just reason to delay enforcement or appeal; and

D.  This judgment shall be effective upon entry by the Clerk of the Court.

ENTER:

UNITED STATES BANKRUPTCY JUDGE

DEC 19 2007

Prepared by:
Vikram R. Barad (ARDC #6277076)
Jaclyn II. Smith (ARDC #6284016)
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
(312) 368-1138

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**FILED**
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: 2/25/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: 03 A 00273

Case Name: Adrew J Maxwell, Trustee v Amtex Systems Inc

Notice of Appeal Filed: 1/19/2008

Appellant: **Amtex Systems Inc**

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ☐ | Supplemental to the Record |
| ✓ | Designation | ✓ | Notice of Appeal |
| ✓ | Statement of Issues | ✓ | Copy of Documents Designated |
| ☐ | Transcript of Proceeding | ☐ | Exhibits |
| | | ☐ | Expedited Notice of Appeal |
| | | ✓ | Certified Copy of Docket Sheet |

Additional Items Included

☐ _____

**08CV1133**
**JUDGE GRADY**
**MAG. JUDGE SCHENKIER**

[2] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

Previous D C Judge _____    Case Number _____

By Deputy Clerk    *Dorothy Carroll*    D Carroll Team B

CLOSED, APPEAL

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
### Adversary Proceeding #: 03-00273

*Assigned to:* Honorable Judge John D. Schwartz
*Related BK Case:* 01-24742
*Related BK Title:* Marchfirst Inc
*Related BK Chapter:* 7
*Demand:* $31000
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 02/03/03
*Date Terminated:* 12/20/07

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

KENNETH S. GARDNER
CLERK OF COURT
By _____
Deputy Clerk
Dated: 2/25/2008

**Plaintiff**
-----------------------

**Trustee Andrew J Maxwell**

represented by **Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC.
105 West Adams Street Ste 3200
Chicago, IL 60603
312 368-1138
Fax : 312-368-1080
Email: maxwelllawchicago@yahoo.com

**Vikram R Barad**
Maxwell & Potts, LLC
105 W. Adams Street, Suite 3200
Chicago, IL 60603
(312) 368-1138
Fax : (312) 368-1080
Email: vbarad@maxwellandpotts.com

V.

**Defendant**
-----------------------

**Amtex Systems Inc**

represented by **Joel A Schechter , ESQ**
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1025
Chicago, IL 60604
312 332-0267
Fax : 312 939-4714
Email: joelschechter@covad.net
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 02/03/2003 | 1 | ADVERSARY Complaint [FR] (Entered: 02/03/2003) |
| 02/03/2003 | 2 | COVER Sheet [FR] (Entered: 02/03/2003) |
| 02/03/2003 | 3 | ISSUED Summons - Status Hearing hearing on 03/20/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 719, Chicago, IL 60604 [FR] (Entered: 02/03/2003) |
| 02/13/2003 | 6 | CERTIFICATION of Service on Amtex Systems Inc RE: Item# 3 [KS] Original NIBS Entry Number: 4 (Entered: 02/14/2003) |
| 03/20/2003 | 4 | HEARING Continued hearing on 04/24/2003 at 10:30 a.m. RE: Item# 3 [ANT] Original NIBS Entry Number: 3A (Entered: 03/20/2003) |
| 04/24/2003 | 5 | HEARING Continued hearing on 06/26/2003 at 10:30 a.m. RE: Item# 4 [ANT] Original NIBS Entry Number: 3B (Entered: 05/05/2003) |
| 05/21/2003 | 7 | ISSUED Alias Summons - Status Hearing hearing on 06/26/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 719, Chicago, IL 60604 [MM] Original NIBS Entry Number: 5 (Entered: 05/23/2003) |
| 06/19/2003 | 8 | Summons Service Executed on Amtex Systems Inc 5/22/2003 (RE: 7 Alias Summons Issued). (Seldon, Katrina) (Entered: 06/23/2003) |
| 07/17/2003 | 9 | Alias Summons Issued on Amtex Systems Inc Date Issued 7/17/2003, Answer Due 8/18/2003 . Status hearing to be held on 8/28/2003 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Seldon, Katrina) (Entered: 07/21/2003) |
| 07/25/2003 | 10 | Summons Service Executed on Amtex Systems Inc 7/22/2003 (RE: 9 Alias Summons Issued). (Seldon, Katrina) (Entered: 07/28/2003) |
| 07/30/2003 | 11 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 8/28/2003 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (White, Shatocka) (Entered: 07/30/2003) |
| 08/26/2003 | 12 | Alias Summons Issued on Amtex Systems Inc Date Issued 8/26/2003, Answer Due 9/25/2003 . Status hearing to be held on 10/30/2003 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Seldon, Katrina) (Entered: 08/29/2003) |
| 09/12/2003 | 13 | Hearing Continued Status hearing to be held on 10/30/2003 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 09/12/2003) |
| 09/23/2003 | 14 | Summons Service Executed on Amtex Systems Inc 8/28/2003 (RE: |

| | | |
|---|---|---|
| | | 12 Alias Summons Issued). (Flowers, Michael) (Entered: 09/25/2003) |
| 10/23/2003 | 15 | Answer and Affirmative Defenses to Complaint to Avoid Preferential Transfer Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc . (Rowe, Victoria) (Entered: 10/24/2003) |
| 10/23/2003 | 16 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 15 Answer to Complaint). (Rowe, Victoria) (Entered: 10/24/2003) |
| 10/23/2003 | 17 | Appearance Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc . (Rahmoun, Margie) (Entered: 10/24/2003) |
| 11/12/2003 | 18 | Hearing Continued Status hearing to be held on 12/18/2003 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (White, Shatocka) (Entered: 11/12/2003) |
| 12/19/2003 | 19 | Hearing Continued Status hearing to be held on 2/19/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 12/19/2003) |
| 02/25/2004 | 20 | Hearing Continued Status hearing to be held on 4/22/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Grossman, Cindy) (Entered: 02/25/2004) |
| 04/27/2004 | 21 | Hearing Continued Status hearing to be held on 7/1/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Montano, Linda) (Entered: 04/27/2004) |
| 07/23/2004 | 22 | Hearing Continued Status hearing to be held on 9/2/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 07/23/2004) |
| 09/02/2004 | 23 | Hearing Continued Status hearing to be held on 11/4/2004 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Grossman, Cindy) (Entered: 09/02/2004) |
| 11/04/2004 | 24 | Hearing Continued Status hearing to be held on 1/13/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 11/04/2004) |
| 01/13/2005 | 25 | Hearing Continued Status hearing to be held on 3/24/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 01/13/2005) |
| 03/24/2005 | 26 | Hearing Continued Status hearing to be held on 5/19/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. |

| | | |
|---|---|---|
| | | (Castaneda, Peter) (Entered: 03/24/2005) |
| 05/19/2005 | 27 | Hearing Continued Status hearing to be held on 7/28/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castellano, Nancy) (Entered: 05/19/2005) |
| 07/28/2005 | 28 | Hearing Continued Status hearing to be held on 9/29/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 07/28/2005) |
| 09/29/2005 | 29 | Hearing Continued Status hearing to be held on 12/1/2005 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 09/29/2005) |
| 12/02/2005 | 30 | Hearing Continued Status hearing to be held on 2/9/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Watson, Anthony) (Entered: 12/02/2005) |
| 02/09/2006 | 31 | Hearing Continued Status hearing to be held on 4/6/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Davis, Shurray) (Entered: 02/09/2006) |
| 04/07/2006 | 32 | Hearing Continued Status hearing to be held on 6/1/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Nelson, Freddie) (Entered: 04/07/2006) |
| 06/01/2006 | 33 | Hearing Continued Status hearing to be held on 7/27/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 06/01/2006) |
| 07/27/2006 | 34 | Hearing Continued Status hearing to be held on 9/14/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 07/27/2006) |
| 09/15/2006 | 35 | Hearing Continued Status hearing to be held on 11/16/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 09/15/2006) |
| 11/07/2006 | 36 | Hearing Continued Status hearing to be held on 11/9/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 11/07/2006) |
| 11/09/2006 | 37 | Hearing Continued Status hearing to be held on 1/11/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 11/09/2006) |
| 11/16/2006 | 38 | Report Joint Rule 26(f) Discovery Report Filed by Vikram R Barad |

| | | |
|---|---|---|
| | | on behalf of Trustee Andrew J Maxwell. (Barad, Vikram) (Entered: 11/16/2006) |
| 11/17/2006 | 39 | Hearing Continued Status hearing to be held on 12/14/2006 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 11/17/2006) |
| 12/14/2006 | 40 | Hearing Continued Status hearing to be held on 1/11/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Nelson, Freddie) (Entered: 12/14/2006) |
| 01/11/2007 | 41 | Hearing Continued Status hearing to be held on 2/15/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 01/11/2007) |
| 01/18/2007 | 42 | Notice of Motion and Motion to Extend Time Complete Discovery, Disclose Experts and Provide Expert's Report Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 2/15/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 01/18/2007) |
| 02/22/2007 | 43 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 3/22/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 02/22/2007) |
| 02/22/2007 | 44 | Order Scheduling (RE: 42 Motion to Extend Time, ). Answer due by: 3/30/2007. Discovery Cutoff 3/30/2007. Signed on 2/22/2007 (Seamann, Pamela) (Entered: 02/23/2007) |
| 03/22/2007 | 45 | Hearing Continued Status hearing to be held on 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 03/22/2007) |
| 03/30/2007 | 46 | Notice of Motion and Motion to Extend Time To Complete Discovery and Disclose Experts Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 4/12/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 03/30/2007) |
| 04/12/2007 | 47 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 5/17/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 04/12/2007) |
| 04/12/2007 | 48 | Order Scheduling (RE: 46 Motion to Extend Time, ). Answer due by: 5/15/2007. Discovery Cutoff 5/15/2007. Signed on 4/12/2007 |

| | | |
|---|---|---|
| | | (Marola, Rosalie) (Entered: 04/13/2007) |
| 05/15/2007 | ●49 | Notice of Motion and Motion to Extend Time To Complete Discovery and Disclose Experts Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 5/17/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 05/15/2007) |
| 05/17/2007 | ●50 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 6/21/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 05/17/2007) |
| 05/17/2007 | ●51 | Order Scheduling (RE: 49 Motion to Extend Time, ). Discovery Cutoff 6/18/2007, Experts Reports due 06/18/2007. Signed on 5/17/2007 (Scamann, Pamela) (Entered: 05/18/2007) |
| 06/18/2007 | ●52 | Notice of Motion and Motion to Extend Time To Complete Discovery and Disclose Experts Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 6/21/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 06/18/2007) |
| 06/21/2007 | ●53 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 7/19/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 06/21/2007) |
| 06/21/2007 | ●54 | Order Scheduling (RE: 52 Motion to Extend Time, ). Discovery Cutoff 7/19/2007, Expert Reports due on or before 07/19/2007 ,All Disposition Motionsincluding any Motions seeking Summary Judgment shall be filed on or before 08/10/2007 . Signed on 6/21/2007 (Scamann, Pamela) (Entered: 06/22/2007) |
| 07/19/2007 | ●55 | Hearing Continued Status hearing to be held on 9/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 07/19/2007) |
| 07/19/2007 | ●56 | Order - On oral motion, IT IS HEREBY ORDERED that the time to disclose experts and expert's reports be and hereby is extended to and including August 16, 2007. IT IS FURTHERED ORDERED that dispositive motions, including motions seeking summary judgment shall be filed on or before Sept 6, 2007 . Signed on 7/19/2007 (Pruitt, Debra) (Entered: 07/20/2007) |
| 08/16/2007 | ●57 | Notice of Motion and Motion to Extend Time To Disclose Experts Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. |

| | | |
|---|---|---|
| | | Hearing scheduled for 9/20/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # (1) Proposed Order) (Schechter, Joel) (Entered: 08/16/2007) |
| 08/17/2007 | 58 | Notice of Motion and Motion For Summary Judgment in favor of Trustee and against Amtex Systems, Inc. for $30,560.00 Filed by Vikram R Barad on behalf of Trustee Andrew J Maxwell. Hearing scheduled for 8/30/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Exhibit Trustee's Statement of Uncontested Facts# 2 Exhibit Answer# 3 Exhibit Complaint# 4 Exhibit NY State Department Corporate printout# 5 Exhibit Amtex Profile# 6 Exhibit Check Copies# 7 Exhibit Invoices# 8 Exhibit Account Summary Statement# 9 Exhibit Initial Agreement# 10 Exhibit Trustee's Affidavit# 11 Exhibit Defendant's Answers to Trustee's First Request for Admissions# 12 Exhibit Memorandum in Support of Motion# 13 Exhibit Certificate of Service) (Barad, Vikram) (Entered: 08/17/2007) |
| 08/30/2007 | 59 | Draft Order (RE: 58 Motion for Summary Judgment, , , ). due by 9/20/2007. (Castaneda, Peter) (Entered: 08/30/2007) |
| 08/30/2007 | 60 | Hearing Continued (RE: 58 Summary Judgment,). Hearing Scheduled for 11/15/2007 at 10:30 AM at Courtroom 719 219 South Dearborn, Chicago, IL, 60604. (Castaneda,Peter) (Entered: 08/30/2007) |
| 08/30/2007 | 61 | Order Scheduling (RE: 58 Motion for Summary Judgment, , , ). Reply due by: 10/15/2007 Responses due by 10/1/2007. Status hearing to be held on 11/15/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. Signed on 8/30/2007 (Pruitt, Debra) (Entered: 09/06/2007) |
| 09/20/2007 | 62 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 11/15/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Castaneda, Peter) (Entered: 09/20/2007) |
| 09/20/2007 | 63 | Agreed Order Granting Motion to Extend Time for Defendant to disclose experts if any and provide experts reports until 12/28/2007 (Related Doc # 57). Signed on 9/20/2007. (Scamann, Pamela) (Entered: 09/20/2007) |
| 10/01/2007 | 64 | Notice of Motion and Motion to Extend Time To File Resonse to Plaintiff's Motion for Summary Judgment Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 10/4/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 10/01/2007) |
| 10/04/2007 | 65 | Order Scheduling (RE: 64 Motion to Extend Time, ). Reply due by: |

| | | |
|---|---|---|
| | | 10/24/2007 Responses due by 10/10/2007. Signed on 10/4/2007 (Seamann, Pamela) (Entered: 10/04/2007) |
| 10/10/2007 | 66 | Stipulation and Order Scheduling (RE: 64 Motion to Extend Time, ). Reply due by: 10/26/2007 Responses due by 10/12/2007. Signed on 10/10/2007 (Seamann, Pamela) (Entered: 10/10/2007) |
| 10/12/2007 | 67 | Response to (related document(s): 58 Motion for Summary Judgment,,, ) Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (Schechter, Joel) (Entered: 10/12/2007) |
| 10/12/2007 | 68 | Response to (related document(s): 58 Motion for Summary Judgment,,, ) Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (Schechter, Joel) (Entered: 10/12/2007) |
| 10/12/2007 | 69 | Memorandum in Support Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 68 Response, 67 Response). (Schechter, Joel) (Entered: 10/12/2007) |
| 10/12/2007 | 70 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 67 Response). (Schechter, Joel) (Entered: 10/12/2007) |
| 10/12/2007 | 71 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 68 Response). (Schechter, Joel) (Entered: 10/12/2007) |
| 10/12/2007 | 72 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 69 Memorandum). (Schechter, Joel) (Entered: 10/12/2007) |
| 10/26/2007 | 73 | Reply to (related document(s): 68 Response, 67 Response) Filed by Vikram R Barad on behalf of Trustee Andrew J Maxwell (Attachments: # 1 Exhibit Certificate of Service) (Barad, Vikram) (Entered: 10/26/2007) |
| 11/15/2007 | 74 | Order - Trustee's motion for summary judgment is taken under advisement and the ruling will be issued by mail. (RE: 58 Motion for Summary Judgment ). Signed on 11/15/2007 (Seamann, Pamela) (Entered: 11/15/2007) |
| 11/15/2007 | 75 | Certificate of Mailing (RE: 74 Order (Generic)). (Seamann, Pamela) (Entered: 11/15/2007) |
| 11/15/2007 | 76 | Memorandum Opinion (RE: 58 Motion for Summary Judgment, , , ). (Seamann, Pamela) (Entered: 11/15/2007) |

| 11/15/2007 | 77 | Order Granting Motion For Summary Judgment (Related Doc # 58). Signed on 11/15/2007. (Seamann, Pamela) (Entered: 11/15/2007) |
|---|---|---|
| 11/15/2007 | 78 | Certificate of Mailing (RE: 76 Memorandum Opinion). (Seamann, Pamela) (Entered: 11/15/2007) |
| 11/16/2007 | 79 | **ENTERED IN ERROR** Hearing Continued (RE: 1 Complaint). Status hearing to be held on 12/13/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) Modified on 11/19/2007 (Green, Josephine). (Entered: 11/16/2007) |
| 11/19/2007 | 80 | CORRECTIVE ENTRY ENTERED IN ERROR (RE: [79] Hearing (Adv Other) Continued). (Green, Josephine) (Entered: 11/19/2007) |
| 12/12/2007 | 81 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 12/13/2007 at 10:30 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) (Entered: 12/12/2007) |
| 12/14/2007 | 82 | Hearing Continued (DOTF - Judgment Order) (RE: 1 Complaint). Status hearing to be held on 12/18/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) (Entered: 12/14/2007) |
| 12/18/2007 | 83 | Hearing Continued for Judgment Order (RE: 1 Complaint). Status hearing to be held on 12/19/2007 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Green, Josephine) (Entered: 12/18/2007) |
| 12/19/2007 | 84 | Hearing Concluded (RE: 1 Complaint - Judgment Order). (Green, Josephine) (Entered: 12/19/2007) |
| 12/19/2007 | 85 | Order of Final Judgment (The Motion is Granted). Signed on 12/19/2007 (Pruitt, Debra) (Entered: 12/20/2007) |
| 12/20/2007 | 86 | Adversary Case 1-03-ap-00273 Closed. (Pruitt, Debra) (Entered: 12/20/2007) |
| 12/31/2007 | 87 | Notice of Motion and Motion to Extend Time To File Notice of Appeal Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Hearing scheduled for 1/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Schechter, Joel) (Entered: 12/31/2007) |
| 01/08/2008 | 88 | Order Granting Motion to Extend Time to file Notice of Appeal is 01/20/2008(Related Doc # 87). Signed on 1/8/2008. (Seamann, Pamela) (Entered: 01/08/2008) |

| | | |
|---|---|---|
| 01/19/2008 | 89 | Notice of Appeal to District Court. Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. Fee Amount $255 (RE: 85 Order of Judgment). Appellant Designation due by 1/29/2008. Transmission of Record Due by 2/28/2008. (Schechter, Joel) (Entered: 01/19/2008) |
| 01/19/2008 | 90 | Receipt of Notice of Appeal(03-00273) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 8189005. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 01/19/2008) |
| 01/19/2008 | 91 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 89 Notice of Appeal). (Schechter, Joel) (Entered: 01/19/2008) |
| 01/19/2008 | 92 | Attachment(s) Final Judgment Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 89 Notice of Appeal). (Schechter, Joel) (Entered: 01/19/2008) |
| 01/23/2008 | 93 | Notice of Filing to Bk Judge and Parties on Service List (RE: 89 Notice of Appeal). (Carroll, Dorothy) (Entered: 01/23/2008) |
| 01/29/2008 | 94 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc. (RE: 89 Notice of Appeal). (Schechter, Joel) (Entered: 01/29/2008) |
| 01/29/2008 | 95 | Notice of Filing Filed by Joel A Schechter ESQ on behalf of Amtex Systems Inc (RE: 94 Appellant Designation and Statement of Issue). (Schechter, Joel) (Entered: 01/29/2008) |
| 02/08/2008 | 96 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Vikram R Barad on behalf of Trustee Andrew J Maxwell. (RE: 89 Notice of Appeal). (Barad, Vikram) (Entered: 02/08/2008) |