

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**08CV1133**
**JUDGE GRADY**
**MAG. JUDGE SCHENKIER**

This automated JS-44 conforms generally to the manual JS-44 approved September 1974. The data is required for the use of the Clerk of Court. Information contained herein neither replaces nor supplements the filing by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Andrew J Maxwell, Trustee

**County of Residence:**

**Plaintiff's Atty:** Vikram R Barad
Maxwell & Potts LLC
105 W Adams Chgo IL 60603
312-368-1138

**Defendant(s):** Amtex Systems Inc

**County of Residence:**

**Defendant's Atty:** Joel A Schechter
53 W Jackson Blvd Ste 1025
Chicago IL 60604
312-332-0267

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 422 Appeal 28 USC 158

**VI. Cause of Action:** Notice of Appeal

**FILED**
**FEB 2 5 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VII. Requested in Complaint**
Class Action:
Dollar Demand:
Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _Dorothy Carroll_

**Date:** 2/25/2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**

Revised: 06/28/00