UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Amtex Systems, Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 08-cv-01133 |
| | ) | |
| Andrew J. Maxwell, Trustee, | ) | Honorable John F. Grady |
| | ) | |
| Appellee. | ) | |

## NOTICE OF MOTION

To: Andrew J. Maxwell, Esq., Vikram R. Barad, Maxwell & Potts, LLC, 105 West Adams Street, Suite 3200, Chicago, Illinois 60603; **via facsimile no. (312) 368-1080**

**PLEASE TAKE NOTICE** that on the 12th day of March, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady in Courtroom 2201, in the United States District Court, 219 S. Dearborn, Chicago, Illinois, or before any other Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion, at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF MAILING

The undersigned being first duly sworn on oath deposes and says that she served the above and foregoing notice and attached motion on the above parties via facsimile transmission on the 7th day of March, 2008, before the hour of 5:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Wanda Anderson

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL 60604; (312) 332-0267

```
            TRANSMISSION VERIFICATION REPORT

                                              TIME   : 03/07/2008 13:03
                                              NAME   : JOEL A. SCHECHTER
                                              FAX    : 3129394714
                                              TEL    : 3123320267
                                              SER.#  : BROL2J847857


    DATE,TIME                        03/07  13:02
    FAX NO./NAME                     13123681080
    DURATION                         00:01:03
    PAGE(S)                          05
    RESULT                           OK
    MODE                             S.FINE
                                     ECM
```