# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Amtex Systems Inc.
                    Plaintiff,

v.                                          Case No.: 1:08–cv–01133
                                          Honorable John F. Grady

Andrew J Maxwell
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge John F. Grady :Motion for extension of time [4] is granted. Hearing set for 03/12/08 stricken. Appellant initial brief due by 3/28/2008. Appellee response brief due by 4/14/2008.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.