UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amtex Systems, Inc., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Case No. 08-cv-01133 |
| ) | |
| Andrew J. Maxwell, Trustee, ) | Honorable John F. Grady |
| ) | |
| Appellee. ) | |

## NOTICE OF MOTION

To:   Andrew J. Maxwell, Esq., Vikram R. Barad, Maxwell & Potts, LLC, 105 West Adams Street, Suite 3200, Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 2nd day of April, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady in Courtroom 2201, in the United States District Court, 219 S. Dearborn, Chicago, Illinois, or before any other Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion, at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF MAILING

The undersigned being first duly sworn on oath deposes and says that she personally served the above and foregoing notice and attached motion on the above parties, by placing a true copy thereof, in an envelope addressed as aforesaid, and depositing the same in the U.S. Mail on the 26th day of March, 2008, before the hour of 5:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL 60604: (312) 332-0267