UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amtex Systems, Inc., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Case No. 08-cv-01133 |
| ) | |
| Andrew J. Maxwell, Trustee. ) | Honorable John F. Grady |
| ) | |
| Appellee. ) | |

## NOTICE OF MOTION

To:   Andrew J. Maxwell, Esq., Vikram R. Barad, Maxwell & Potts, LLC, 105 West Adams Street, Suite 3200, Chicago, Illinois 60603 **(VIA FACSIMILE NO. (312) 368-1080)**

**PLEASE TAKE NOTICE** that on the 16th day of April, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady in Courtroom 2201, in the United States District Court, 219 S. Dearborn, Chicago, Illinois, or before any other Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion, at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF MAILING

The undersigned being first duly sworn on oath deposes and says that the above and foregoing notice and attached motion were delivered via facsimile transmission to the above parties on the 14th day of April, 2008, before the hour of 4:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL 60604; (312) 332-0267

TRANSMISSION VERIFICATION REPORT

```
TIME    : 04/14/2008 14:02
NAME    : JOEL A. SCHECHTER
FAX     : 3129394714
TEL     : 3123320267
SER.#   : BROL2J847857
```

```
DATE,TIME        04/14 14:01
FAX NO./NAME     13123681080
DURATION         00:00:58
PAGE(S)          05
RESULT           OK
MODE             S.FINE
                 ECM
```