UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Amtex Systems. Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 08-cv-01133 |
| | ) | |
| Andrew J. Maxwell, Trustee, | ) | Honorable John F. Grady |
| | ) | |
| Appellee. | ) | |

**MOTION OF APPELLANT, AMTEX SYSTEMS INC.,
FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

NOW COMES the Appellant, AMTEX SYSTEMS, INC. (hereinafter referred to as "Appellant"), by and through its attorney. Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court for the entry of an order extending the time within which Appellant has to file its opening brief, and in support thereof states as follows:

1. That on December 19. 2007, the Honorable John D. Schwartz. Bankruptcy Judge, entered a final judgment order in the bankruptcy court in favor of Appellee, Andrew J. Maxwell, Trustee (hereinafter referred to as "Appellee") and against Appellant.

2. That on January 19, 2008. Appellant filed its notice of appeal of Judge Schwartz' judgment to the United States District Court.

3. That on February 25. 2008, the appeal was docketed in the United States District Court.

4. That prior to the filing of the notice of appeal, Appellant made an offer of settlement to Appellee which offer was rejected.

5. That pursuant to Rule 8009(a)(1), Appellant has fifteen (15) days from the entry of the appeal on the docket to file its opening brief. That date was March 11. 2008.

6.	That this Honorable Court entered orders extending the time to file Appellant's opening brief to and including March 28, 2008, April 14, 2008, and April 28, 2008.

7.	That the orders for extension were based upon motions filed by Appellant indicating that Appellant had made offers to settle the judgment to Appellee and obviate the necessity to prosecute the appeal.

8.	That Appellant's counsel made another offer of settlement to Appellee on April 8, 2008 for his consideration, but has not received a reply as of April 28, 2008.

9.	That Appellant requests another extension of time to file its opening brief so as to minimize its fees and costs in its desire to settle the matter and come to terms with Appellee with respect to the judgment entered in the Court below.

10.	That Appellant requests an extension of time to file its opening brief to and including May 12, 2008.

11.	That counsel for Appellant left a message with counsel for Appellee and Appellant does not believe there is an objection to the instant motion provided that Appellee is granted a similar extension.

12.	That pursuant to Rule 6 of the Federal Rules of Civil Procedure, the instant motion is being filed prior to the expiration of the time set forth in the applicable rules for filing its opening brief and, therefore, the Court can enter the requested order.

13.	That assuming the Court grants Appellant's request, Appellant has no objection and does hereby request that the Court enter an order extending the time for Appellee to file his response brief to and including May 27, 2008.

WHEREFORE, the Appellant, AMTEX SYSTEMS, INC., prays the Honorable Court enter an order extending the time within which Appellant has to file its opening brief to and including May 12, 2008, and extend the time within which Appellee has to file his response brief to and including May 27, 2008, and for such other and further relief as the Court may deem just and proper.

        Respectfully submitted,

        AMTEX SYSTEMS, INC., Appellant

        By: /s/ Joel A. Schechter
            Its Attorney

Joel A. Schechter; Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL 60604
Telephone: (312) 332-0267