**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Amtex Systems Inc.
                          Plaintiff,

v.
                                          Case No.: 1:08–cv–01133
                                          Honorable John F. Grady

Andrew J Maxwell
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Motion for extension of time to file initial brief [13] is granted. Motion hearing held on 4/30/2008 regarding extension of time[13]. Appellant's initial brief due by 05/12/08; Appellee's response brief due by 5/27/2008; reply due by 06/10/08. Said motion will be taken under advisement. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.