UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Amtex Systems, Inc. | ) | Case No. 08-cv-01133 |
| | ) | |
| Appellant, | ) | Honorable John F. Grady |
| | ) | |
| v. | ) | |
| | ) | |
| Andrew J. Maxwell, Trustee, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF FILING

TO:   Andrew J. Maxwell, Esq., Vikram R. Barad, Maxwell & Potts, LLC, 105 W. Adams Street, Suite 3200, Chicago, IL   60603

**PLEASE TAKE NOTICE** that on May 12, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached **BRIEF OF APPELLANT AMTEX SYSTEMS, INC.**, a copy of which is attached hereto and herewith served on you.


/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that she personally served the above and foregoing Notice of Filing and Brief of Appellant upon the above named parties, by placing a true copy thereof, in an envelope addressed as aforesaid and depositing the same in the U.S. Mail on the 12th day of May, 2008, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois.

/s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, Illinois   60604: (312) 332-0267