IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRTICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMTEX SYSTEMS, INC., | ) | No. 08 CV 01133 |
| | ) | Hon. John F. Grady |
| Appellant, | ) | |
| v. | ) | |
| | ) | On Appeal from Final Order of the United |
| ANDREW J. MAXWELL, Trustee for the | ) | States Bankruptcy Court for the Northern |
| Chapter 7 estates of marchFIRST, Inc., et al. | ) | District of Illinois, Bankruptcy Case No. 01 B |
| | ) | 24742, Adversary Proceeding No. 03 A |
| Appellee. | ) | 00273, Honorable John D. Schwartz, |
| | ) | presiding |

**TRUSTEE'S MOTION FOR EXTENSION
OF TIME FILE APPELLEE'S RESPONSE BRIEF**

Andrew J. Maxwell, Trustee for marchFIRST, Inc., the appellee in this appeal ("Trustee" or "Appellee"), by his attorneys, states the following as Trustee's Motion for Extension of Time to File Appellee's Response Brief ("Motion"), pursuant to Rule 7015 of the Federal Rules of Bankruptcy Procedure and Rule 15 of the Federal Rules of Civil Procedure:

1. On December 19, 2007, the Honorable John D. Schwartz entered a final judgment (the "Judgment") in favor of the Trustee and against Amtex Systems, Inc. ("Amtex" or "Appellant").

2. On January 19, 2008, Appellant filed its notice of appeal of the Judgment to the United States District Court for the Northern District of Illinois (the "District Court").

3. On February 25, 2008, this appeal was docketed in the District Court.

4. On April 30, 2008, on a motion by Appellant, this Court entered an order granting an extension to permit Appellant to file his opening brief by May 12, 2008. That order also permitted Appellee to file his response brief by May 27, 2008.

5. During the pendency of the Appeal, Trustee and Appellant have engaged in settlement discussions in an effort to resolve this proceeding without further legal expense.

Subsequent to Appellant filing his opening brief, Appellant and Trustee have engaged in settlement discussions in a range which could be agreeable to both parties. The parties' discussions were close enough that Trustee delayed preparation of his brief. However, no final agreement has been reached as of the due date of the Trustee's brief.

6. Because Appellant and Appellee are engaged in settlement discussions[1], Appellee respectfully requests an extension of time to file his response brief through and including June 6, 2008. No prejudice will result from the relief requested by Appellee.

7. No previous extensions have been requested by Appellee.

WHEREFORE, Andrew J. Maxwell, Trustee and Appellee, respectfully requests that the Court enter an order granting this Motion and granting an extension for the Appellee file his response brief to and including June 6, 2008, and granting such other and further relief that this Court deems just and equitable.

Respectfully submitted,
Andrew J. Maxwell, Trustee and Appellee

By: /s/ Vikram R. Barad
One of his attorneys

Vikram R. Barad (ARDC #6277076)
Jaclyn H. Smith (ARDC #62284016)
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
312/368-1138

---

[1] Moreover, the Trustee does not want to expend estate funds for the preparation of a response brief while in the midst of potentially fruitful settlement discussions.

2