IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRTICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMTEX SYSTEMS, INC., | ) | No. 08 CV 01133 |
| | ) | Hon. John F. Grady |
| Appellant, | ) | |
| v. | ) | |
| | ) | On Appeal from Final Order of the United |
| ANDREW J. MAXWELL, Trustee for the | ) | States Bankruptcy Court for the Northern |
| Chapter 7 estates of marchFIRST, Inc., et al. | ) | District of Illinois, Bankruptcy Case No. 01 B |
| | ) | 24742, Adversary Proceeding No. 03 A |
| Appellee. | ) | 00273, Honorable John D. Schwartz, |
| | ) | presiding |

## NOTICE OF MOTION

TO:    Joel A. Schechter, Esq.
        Law Offices of Joel A. Schechter
        53 W. Jackson Blvd., Suite 1025
        Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on June 4, 2008, at 11:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady in Courtroom No. 2201 in the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or in his absence, before any other judge who may be sitting in his place or stead, and shall then and there present **Trustee's Motion for Extension of Time to File Appellee's Response Brief**, at which time and place you may appear if you see fit. A copy of said Motion is attached hereto and is herewith served upon you.

ANDREW J. MAXWELL, as Trustee and Appellee

By:    /s/ Vikram R. Barad
        One of His Attorneys

Vikram R. Barad (ARDC #6277076)
Jaclyn H. Smith (ARDC #6284016)
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, Illinois 60603
312/368-1138

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing Notice of Motion and Trustee's Motion for Extension of Time to File Appellee's Response Brief to be served upon counsel for the Appellant pursuant to Local Rule 5.9 and Fed.R.Civ.P. 5(b)(3) through the Court's Electronic Notice for Registrants, on May 27, 2008.

/s/ Vikram R. Barad