UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amtex Systems. Inc., ) | |
| ) | |
| Appellant. ) | |
| v. ) | Case No. 08-cv-01133 |
| ) | |
| Andrew J. Maxwell, Trustee, ) | Honorable John F. Grady |
| ) | |
| Appellee. ) | |

## VOLUNTARY DISMISSAL OF APPEAL

NOW COME the Appellant, AMTEX SYSTEMS, INC., by and through its attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and the Appellee, ANDREW J. MAXWELL, Trustee, by and through his attorney, Vikram R. Barad of Maxwell & Potts, LLC, and pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, hereby request that the pending appeal be dismissed, with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| AMTEX SYSTEMS, INC., Appellant | Andrew J. Maxwell, Trustee. Appellee |
| By: __/s/ Joel A. Schechter__ | By: __/s/ Vikram R. Barad__ |
| Its Attorney | His Attorney |
| | |
| Joel A. Schechter; ARDC No. 03122099 | Vikram R. Barad, ARDC No. 6277076 |
| Law Offices of Joel A. Schechter | Maxwell & Potts, LLC |
| 53 W. Jackson Blvd., Suite 1025 | 105 West Adams Street, Suite 3200 |
| Chicago, IL 60604; (312) 332-0267 | Chicago, Illinois 60603; (312) 368-1138 |