UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amtex Systems, Inc., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Case No. 08-cv-01133 |
| ) | |
| Andrew J. Maxwell, Trustee, ) | Honorable John F. Grady |
| ) | |
| Appellee. ) | |

## NOTICE OF FILING

To:   Andrew J. Maxwell, Esq., Vikram R. Barad, Maxwell & Potts, LLC, 105 West Adams Street, Suite 3200, Chicago, Illinois 60603
Office of the U.S. Trustee, 219 South Dearborn, Suite 873, Chicago, Illinois 60604
Honorable John F. Grady, District Judge, 219 S. Dearborn St., Room 2201, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 30th day of June, 2008, there was filed with the Clerk of the United States District Court, the **Voluntary Dismissal of Appeal**, a copy of which is attached hereto and herewith served upon you.

/s/ Joel A. Schechter

## CERTIFICATE OF SERVICE

The undersigned certifies that she served a copy of this notice of filing and voluntary dismissal of appeal on the above named parties by placing a copy into the United States Mail, postage prepaid, from 53 West Jackson Boulevard, Chicago, IL 60604 on June 30, 2008, before the hour of 5:00 p.m.

/s/ Karen Miller

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1025
Chicago, IL  60604; (312) 332-0267