UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Amtex Systems Inc.
                         Plaintiff,

v.                                            Case No.: 1:08–cv–01133
                                                          Honorable John F. Grady

Andrew J Maxwell
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

       MINUTE entry before the Honorable John F. Grady:Pursuant to Rule 8001(c)(2) of the Federal Rule of Bankruptcy Procedure, the pending appeal is hereby dismissed, with each party to bear its own fees and costs.Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.